L-98-1443

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS GUERRERO           :

    v.                        :     CIVIL NO. L-98-1443

UNIVERSITY OF MARYLAND     :
MEDICAL SYSTEM
CORPORATION                :

ORDER

On October 14, 1999, this Court held a telephone conference on the record. For the reasons set forth in the conference, the Court hereby ORDERS:

(i) on or before October 28, 1999, the Plaintiff shall obtain a second opinion from a doctor regarding his medical condition and ability to travel;

(ii) after examination of the Plaintiff, the doctor shall send a letter to Plaintiff's counsel describing

    (a) the Plaintiff's medical condition, and

    (b) the date by which the Plaintiff will be able to travel; and

(iii) on or before November 14, 1999, the parties shall file with the Court the doctor's letter and a joint status report describing

    (a) the Plaintiff's medical condition, and

    (b) a schedule for the Plaintiff to travel to the

United States.

IT IS SO ORDERED this 19th day of October, 1999.

_____
Benson Everett Legg
United States District Judge