```
                    FILED      ENTERED
                    LODGED     RECEIVED
                      OCT 28 1999
                    AT BALTIMORE
                    CLERK U.S. DISTRICT COURT
                    DISTRICT OF MARYLAND
                 BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

FRANCIS GUERRERO                          CIVIL NO. 1-98-1443

    Plaintiff                   :

vs.                                       :

UNIVERSITY OF
MARYLAND MEDICAL SYSTEM CORPORATION
    Defendant

                                  :

## ORDER

UPON CONSIDERATION of Plaintiff's Motion For Extension of Time, and for reasons stated, and there being no objection from Defendant, it is this _28th_ day of _October_ 1999, hereby ORDERED THAT

The October 28, 1999 deadline for Plaintiff be extended to _Nov. 5, 1999_ within which period Plaintiff shall undergo a medical examination and obtain a second opinion with regard to Plaintiff's leg injury and Plaintiff's ability to travel to the United States.

                                            _____
                                            BENSON EVERETT LEGG
                                            UNITED STATES DISTRICT JUDGE

1